April 1, 2005 — Mailed 4-19-05

Hon. Joseph J. Farnan Jr.
U.S. Dist. Judge
844 King St., Lock Box 18
Wilmington, Delaware 19801

Delay As Is
Fast Boy 6 Enigma
Low Job Stud

Re: Proctor v. Boston et al., C.A. No. 04-1441 JJF

Dear Judge Farnan:

    Enclosed You will see my 4-1-05 Amended Complaint showing the Affidavit that comports Imminent danger And T.R.O. Request to the court. I would also note that this case is an excessive use of force imminent danger exception and the courts 3-5-05 order is in error or the court has presumed my 11-22-04 Amended (the enclosed). It did NOT. And I am not sure why the court overlooked the Personal Injury and Imminent danger exception as this case clearly presents the exception.

    I would hope the court can notify me accordingly.

xc: file
Attachments: 1 Letter of Concern
1 Amended Complaint
1 Affidavit Asserting Imminent Danger.

Sincerely yours 4-19-05

Ronald E. Proctor Sr.
1181 Paddock Rd
Smyrna, DE 19977-
9679

NOTE: Clerk this is not my originals. All (co. Res) Present this 4-19-05



This was sent By our TM Store. This is not proper. per content or cost Involved.