FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_Ronald E. Proctor Jr._
(Enter above the full name of the plaintiff in this action)

v.

_C/O Boston ET AL.,_
_C/O Watson_
_SGT Washington_
(Enter above the full name of the defendant(s) in this action)
_Major C. Cunningham III_
Added 4-1-05 _Brian Engrem ET AL.,_

CA NO: 04-1441 JJF

_Eminent Danger_
_Exception_

Amended: 4-1-05

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [✓]   NO [ ]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs _A/OT_

        Defendants _A/OT_

2. Court (if federal court, name the district; if state court, name the county.
   _D. Del._

3. Docket number _unclear_

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

    B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

    C.  If your answer is YES,
        1. What steps did you take? _Paid Gr-Evance w/disip.— Library Issue_
        2. What was the result? _Nothing_

    D.  If your answer is NO, explain why not _____

    E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

    F.  If your answer is YES,
        1. What steps did you take? _Wrote I.A. U.S. Dept of Justice Gov. Minners office_
        2. What was the result? _Replies an Inactors_

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff   Ronald E. Procter Jr.

Address   1181 Paddock Rd Smy De 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant C/O Boston C/O Watson Sgt Washington
All Employed at DCC-SHU Smyrna

C. Additional Defendants   To be filed in amended
Complaint Major Cunningham III
Dr John Doe

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

(1) On 11-10-2002 I incurred a broken (knee?) right shoulder as a direct result of excessive use of force by C/O Boston and Watson and Sgt Washington stood by and allowed a 260 pound C/O Boston slam a door into my person to prevent my body from coming out as C/O Watson did pull my body through by pull-

P.2

Con't Statement of Claim

(2) C/O Boston Slammed the Cell door into my Right Shoulder Area AS C/O Wise was pulling my Right Arm out of Cell

(3) in A Manner that was Intended to Cause Harm And Sgt. Washington did stand by And Allow this to HAPPEN!

(4) Thereafter Dr. _____ Refused Treatment, And Major Cunningham Had me put on Strip Cell Naked See Attached Exhibit 1, From 11-10-02 to 11-27-03 And Both

(5) I/m's And C/o's observed this And Knew Major Cunningham did Issue A Memorandum Memo to do So. As Retoliatory Means To Bang up my Cell door to Prevent Further Injuries. By C/o'S.

(6) See Attached Affidavit of Plaintiff Exh A-1

(7) See Attached U.S. Dept. of Justice And Inst. Copies. Showing Case Is Imminent Danger Except Exhibits B(1) thru B-6

8) Being in prison for denial of anything from Jow Jib from 2-3-05 to date 4/1/0[?]

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

$50.00 for Injures & Injury

Signed this 31 day of October, 20 2004

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10-31-04
Date

_____
(Signature of Plaintiff)

Amended 4-1-05
4-19-05

X _____
Ronald E. Frazier Jr.

4-19-05

-4-

State of Delaware
County of New Castle : SS.

**AFFIDAVIT**

I, RON _____, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein stated _____ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

From 11-12-02 to 11-27-02 I was held in Isolation unit 18 CH-B. During this time period I was exposed to daily ant bites attacks bites. I report numerous incidents to 12-8 shift who wrote incident reports/work orders etc.

For 15 days the exposure was both physical and psychological upon my person.

All of my requests to be moved or prevented from further bites attacks were not responded and all C/O's were aware as was it's on all 3 shifts Lt Gaddis Lt Welcome Sgt ___

I was slept on a mattress on the floor with no buffer of bed from flat of cement of floor and temps were 50's for every day.

Affiant
Signature _____
Print Name _____
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this ___ day of _____
My Commission Expires: _____
Notary Public

EXHIBIT "A"

State of Delaware  )SS
County of New Castle )SS

Affidavit/Statement of:
Ronald E. Prostrate
Re:  CA No. 04-1441-JJF

## Statement

I, Ronald E. Prostrate, under penalty of perjury, the foregoing is true and correct as the penalties of perjury.

1.) I am Plaintiff in Prostrate v. Boston et al., CA No. 04-1441, and I have incurred personal injury in the incident of excessive use of force against my person by the defendants in the action before this court.

2.) That defendants in the accelerated case before this court present an imminent danger exception and the allegations contained therein under show excessive use of force was used and I sustained personal injury as a direct result thereof.

3.) I am indigent and I cannot pay the cost of these proceedings. And I am entitled to relief.

Under the penalty of perjury
the foregoing is true and correct
this 1st day of April 2005.

_____
Ronald E. Prostrate, Jr.
1181 Paddock Rd
Smyrna PPM-9679
28 USCA 1746

Exhibit "A-1"



U.S. Department of Justice

United States Attorney's Office
District of Delaware

Chase Manhattan Centre          (302) 573-6277 Ext. 156
1201 Market Street, Suite 1100  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

December 19, 2002

Via First Class U.S. Mail

Ronald Proctor, Jr.
Delaware Correction Center
SBI No. 1633750
1181 Paddock Road
Smyrna, DE, 19977

RE: FOIA Request

Dear Mr. Proctor:

All FOIA requests directed to this office must be forwarded to the Executive Office for United States Attorney's in Washington. I am, therefore, forwarding your request of December 19, 2002, to that office.

If you have any questions, they should be directed to:

    The FOIA Unit
    BICN Bldg., Room 7100
    600 E. Street, N.W.
    Washington D.C. 20530

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By: _____
Patricia C. Hannigan
Assistant United States Attorney

PCH:cm

cc: EOUSA/FOIA-PA Unit

Exhibit B

INTERNAL AFFAIRS UNIT

December 18, 2002

M E M O R A N D U M

TO:      Inmate Ron Proctor
          SBI #163750
          Delaware Correctional Center

FROM:    James J. Lupinetti, Director
          Internal Affairs Unit

SUBJECT: Your Letter of Complaint

*****************************************************************

       Upon review of your letter, I must inform you that I find no cause for an internal Affairs investigation.

       This matter is being forwarded to Ronald Drake, Institutional Investigator, D.C.C. A decision on your letter will be rendered at the institutional level.

JL:en

CC: Misc. #M061 File ✓

1 of 1

B-1

LAW OFFICES

# CONNOLLY BOVE LODGE & HUTZ LLP

1220 MARKET STREET
P.O. BOX 2207
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-9141
FACSIMILE (302) 658-5614

www.cblhlaw.com

WASHINGTON OFFICE
SUITE 800
1990 M STREET NW
WASHINGTON, DC 20036-3425
TELEPHONE: (202) 331-7111
FACSIMILE: (202) 293-6229

December 20, 2002

Ron Proctor
SBI # 63750, Unit 19DL
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Proctor:

I was court-appointed to represent Ken Reeder. I am not available to take another case at the present time.

Sincerely,

Arthur G. Connolly, Jr.

AGCjr:jac

B-2



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Chase Manhattan Centre　　(302) 573-6277 Ext. 156
1201 Market Street, Suite 1100　　FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

December 19, 2002

<u>Via First Class U.S. Mail</u>

Ronald Proctor, Jr.
Delaware Correction Center
SBI No. 1633750
1181 Paddock Road
Smyrna, DE, 19977

　　　　RE:　<u>FOIA Request</u>

Dear Mr. Proctor:

　　All FOIA requests directed to this office must be forwarded to the Executive Office for United States Attorney's in Washington. I am, therefore, forwarding your request of December 19, 2002, to that office.

　　If you have any questions, they should be directed to:

　　　　The FOIA Unit
　　　　BICN Bldg., Room 7100
　　　　600 E. Street, N.W.
　　　　Washington D.C.  20530

　　　　　　　　　　Very truly yours,

　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　United States Attorney

　　　　　　　　By: _____
　　　　　　　　　　Patricia C. Hannigan
　　　　　　　　　　Assistant United States Attorney

PCH:cm

cc: EOUSA/FOIA-PA Unit



#103/ WATSON / BOSTON 29/10

FORM #584

GRIEVANCE FORM

CCC 2004
Inmate Copy

FACILITY: DCC-SHU      DATE: 6-25-04

GRIEVANT'S NAME: Ron Proctor     SBI#: 163250

CASE#: 4828     TIME OF INCIDENT: 6-24-04 @ /ow Lib 1:45 PM

HOUSING UNIT: 2/CL-6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON 6-24-23-04 dated I was given a 24 JSR for failure to obey order by C/o Watson. This is an illegal report done in a reactively manner and not correct. My door was locked C/o Johnson and Jim Branton Ayers CON P2

ACTION REQUESTED BY GRIEVANT:

Remove 24 from Jim

N/S

GRIEVANT'S SIGNATURE: _____     DATE: 6-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

B-4

RECEIVED
JUL 02 2004
Inmate Grievance Office

Inmate Copy

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## SUMMARY DISCIPLINARY REPORT

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

Offender Name: Ronald Proctor          SBI#: 00 163750

Institution: Delaware Correctional Center    Location: MHU 21 CL6

Sanction Start Date: 6/23/04  Time: 1240  End Date: 6/24/04  Time: 1240

Violation Description: 200.108 Failure to Obey

Sanctions Imposed:

*[handwritten annotations:]* look she put false ink on this — How con sanction start on 6/23 for 24 hrs. Start on 6/23 when she signed it on 6/24/04 — Illegal done

Inmate's Signature: not needed        Staff Witness' Signature: [signature]

☒ Shift Supervisor Notified @ 1240 (Time)

NOTE: This got me in Iminent Danger.

Form A25 DACS
3 Part NCR

B-6

Inmate Copy

Cont Q.2 #1103

All I knew this then she denied me D so I do know Jib unless ~~my~~ I closed ~~any~~ door was Closed my Door.

She did all of this Illegally and started Altercation that I/m E. Cesu had to ~~get~~ break up By standing Between us.