IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1441-JJF |
| | ) |
| C/O BOSTON, C/O WATSON, | ) |
| SGT. WASHINGTON, MAJOR | ) |
| CUNNINGHAM, and DR. JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 3, 2005, the Court entered an order denying leave to proceed in forma pauperis because the plaintiff has had six prior suits dismissed as frivolous, or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 8);

WHEREAS, the Court ordered the plaintiff to pay the $150 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, payment has not been received from the plaintiff;

THEREFORE, at Wilmington this 25 day of April, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

                                                      _____
                                                      United States District Judge