May 5, 2005

Judge Farnan Jr.

Re: Procter v. Boston   04-1441 JJF

    I want the Court to see how the hatefully the Jow Jib holds onto litigation knowingly aware of whats going happen. He does this intendly and enclosed is perfect example.

    I would also ask this Court to consider the affidavit in the amended complaint and see personal injury was a part of excessive use of force of imminbdanger I believe the Court did NOT consider, thus I move for a 60(b) and set this case of service. In that it is an imminent danger exception case. I believe the Court missconstrued my original complaint.

Sincerely Yours,

x _____
Ronald E. Procter Jr
Plaintiff  Prose

Sent: Thursday by ___

RECEIVED
APR 21 2005
SHU LAW LIBRARY

B.E.
4/21/05

Law Lib    4-19-05    CA NO. 04-1441

1.) I've marked Exhibit #B-4 And I've checked my original slip And It say 2 Sided Now copy this (2) sided And insert It into All filings And Re-Staple.

2.) Since you likes to Read peoples legal Play Attention To All pages.

Keep playing Games Court Not Fed