April 1, 2005 -- Mailed 5-5-05

Hon. Joseph J. Farnan Jr.,
U.S. Dist. Judge
844 King St. Lock Box 18
Wilmington, Delaware 19801

RECEIVED
MAY 10 2005

RE: Proctor v. Boston et al., CA. No. 04-1441-JJF

Dear Judge Farnan:

Enclosed you will see my 4-1-05 Amended Complaint showing the Affidavit that comports imminent danger and T.R.O. request to the Court. I would also note that this case is an excessive use of force imminent danger exception and the Courts 3-3-05 Order is in error or the Court has presumed my 11-22-04 Amended (the enclosed). It did not! And I am not sure why the Court overlooked the personal injury and imminent danger exceptions as this case clearly presents the exception.

I would hope the Court can notify me accordingly.

Sincerely yours,

Kwaidé E. Proctor Jr.
1181 Paddock Rd
Smyrna, DE 19977

xc: file
Attachments: 1 Letter of Comparison
1 Amended Complaint
1 Affidavit Asserting Imminent Danger