(Rev. 6/77)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Ronald E. Proctor Jr.
_____
(Enter above the full name of the plaintiff in this action)

V.

C/O Coston et al.,
C/O Watson
SGT Washington
_____
(Enter above the full name of the defendant(s) in this action

Major Cunningham III
Added 4-1-05 Brian Engrsm et al.,

CA NO: 04-1441-JJF

Imminent Danger
Exception

Amended: 4-1-05

I.  Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        YES [✓]    NO [ ]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper, using the same outline).

        1.  Parties to this previous lawsuit

        Plaintiffs  A/OT _____

        _____

        Defendants  A/OT _____

        _____

2. Court (if federal court, name the district; if state court, name the county) _Del_

3. Docket number _illegible_

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,
  1. What steps did you take? _Paid Grievance w/ disip - Inary issue_
  2. What was the result? _Nothing_

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,
  1. What steps did you take? _Wrote IA, US Dept of Justice, Gov. Minners office_
  2. What was the result? _Replies an inactions_

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff ___Ronald E. Procter Jr___

Address ___1181 Paddock Rd Smy De 19977___

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant ___C/O Boston C/O Watson Sgt Washington___ is employed as ___All Employed at___ at ___CMO-SHU Supv___

C. Additional Defendants ___To be Led in camrige, Stanford, Major Cunningham III, Dr. John Doe___

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

1) On 11-10-2002 I incurred a broken clavicle right shoulder as a direct result of excessive use of forces by C/O Boston and Watson and Sgt Washington stood by and allowed a 260 pound C/O Boston slam a door into my person to prevent my body from coming out as C/O Watson did pull my body through by hall- ing onto the handcuffs chains as...

P.2

Con't Statement of Claim

(2) C/O Boston slammed the cell door into my right shoulder area AS Johnson was pulling my right arm out of cell

(3) in a manner that was INTENDED to cause harm and Sgt. Washington did stand by and allow this to happen!

(4) Thereafter Dr. ___ refused Treatment, And Major Cunningham had me put on strip cell naked SEE attached Exhibit, from 11-10-02 to 11-27-03 And Both

(5) I/M's And C/O's observed this And knew Major Cunningham did Issue A Memorandum Memo To do So. As Retoliatory Means To Back's up my cell door to prevent further Injuries. By C/O's.

(6) See Attached Affidavit of Plaintiff Exh A-1

(7) See Attached U.S. Dept of Justice And Inst. Cases showing case is Imminent Danger Exception Exhibits B-1 thru B-6

8) Being En_gem for Denial of Anything from Jow Jib from 2-3-05 to Date 4-1-05

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

$500.00 for Future Injury

Signed this 31 day of October, 20 2004

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10-31-04
Date

_____
(Signature of Plaintiff)

Amended 4-1-05

X _____
Ronald E. Proctor Jr.

-4-

State of Delaware
County of New Castle } SS.

AFFIDAVIT

I, RON _____ being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at _____ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

From 11-12-02 to 11-29-02 I was held in isolation unit 18 C-1-3 And during this time period I was exposed to daily ant bites attackes bites. I reported numerous incidents to 12-8 swift. Two wrote incident reports/work orders etc.

For 15 days the exposure was both physical and psycological upon my person.

All of my requests to be moved or prevented from further bites attacks were not responded and all C/O's were aware as its on all 5 swifts Lt Gaddis Lt Welcome _____

I was slept on a mattress on the floor with NO buffer of bed from flat of cement of floor and temps were 50°'s the every day.

Affiant
Signature
Print Name
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this ____ day of _____

My Commission Expires

EXHIBIT "A"

Notary Public

State of Delaware  
County of New Castle SS.

Affidavit/Statement of:  
Ronald E. Proctor Jr.  
Re: C.A. No. 04-1441-JJF

## Statement

I, Ronald E. Proctor Jr., under penalty of perjury (the foregoing is true and correct as the penalties of perjury.)

1.) I am Plaintiff, in Proctor V. Bisto et al., C.A. No. 04-1441, and I have incurred personal injury in the incident of excessive use of force against my person by the defendants in the action before this court.

2.) That defendants in the accelerated case before this court present an imminent danger exception and the allegations contained therein under Shaw excessive use of force was used and I sustained personal injury as a direct result thereof.

3.) I am indigent and I cannot pay the cost of these proceedings, and I am entitled to relief.

Under the penalty of perjury the foregoing is true and correct this 1st day of April 2005.

Ronald E. Proctor Jr.  
1181 Paddock Rd  
Smyrna DE 19977-96??  
28 USCA 1746

Exhibit "A-1"

<a>
</a>



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Chase Manhattan Centre  (302) 573-6277 Ext. 136
1201 Market Street, Suite 1100  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

December 19, 2002

**Via First Class U.S. Mail**

Ronald Proctor, Jr.
Delaware Correction Center
SBI No. 1633750
1181 Paddock Road
Smyrna, DE, 19977

    RE:   **FOIA Request**

Dear Mr. Proctor:

    All FOIA requests directed to this office must be forwarded to the Executive Office for United States Attorney's in Washington. I am, therefore, forwarding your request of December 19, 2002, to that office.

    If you have any questions, they should be directed to:

        The FOIA Unit
        BICN Bldg., Room 7100
        600 E. Street, N.W.
        Washington D.C. 20530

                Very truly yours,

                COLM F. CONNOLLY
                United States Attorney

        By:
                Patricia C. Hannigan
                Assistant United States Attorney

PCH:cm

cc: EOUSA/FOIA-PA Unit



Exhibit B

INTERNAL AFFAIRS UNIT

December 18, 2002

MEMORANDUM

TO: Inmate Ron Proctor
SBI #163750
Delaware Correctional Center

FROM: James J. Lupinetti, Director
Internal Affairs Unit

SUBJECT: Your Letter of Complaint

****************************************************************

    Upon review of your letter, I must inform you that I find no cause for an internal Affairs investigation.

    This matter is being forwarded to Ronald Drake, Institutional Investigator, D.C.C. A decision on your letter will be rendered at the institutional level.

JL:en

CC: Misc. #M061 File

1 of 1

JAMES M. MULLIGAN, JR.
ARTHUR G. CONNOLLY, JR
RUDOLF E. HUTZ
HAROLD PEZZNER
RICHARD M. BECK (DC BAR)
PAUL E. CRAWFORD
STANLEY C. MACEL, III
HENRY E. GALLAGHER, JR.
GEORGE PAZUNIAK
N. RICHARD POWERS
BURTON A. AMERNICK (DC BAR)*
MORRIS LISS (DC BAR)*
STANLEY B. GREEN (DC BAR)*
RICHARD DAVID LEVIN
JOHN A. CLARK, III
JEFFREY B. BOVE
JAMES J. WOODS, JR.
COLLINS J. SEITZ, JR
GEORGE R. PETTIT (DC BAR)*
EDWARD F. EATON
CHARLES J. DURANTE
MICHAEL K. NEWELL
PATRICIA SMINK ROGOWSKI
MARY W. BOURKE
ROBERT G. McCORROW, JR. (PA BAR)
R. ERIC HUTZ
ARTHUR G. CONNOLLY, III
WILLIAM E. McSHANE (PA BAR)
JAMES D. HEISMAN
JEFFREY C. WISLER
ASHLEY I. PEZZNER
KAREN C. BIFFERATO
GERARD M. O'ROURKE
FRANCIS DiGIOVANNI
SAMUEL D. BRICKLEY II

LAW OFFICES

# CONNOLLY BOVE LODGE & HUTZ LLP

1220 MARKET STREET
P.O. BOX 2207
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-9141
FACSIMILE (302) 658-5614

www.cblhlaw.com

WASHINGTON OFFICE
SUITE 800
1990 M STREET NW
WASHINGTON, DC 20036-3425
TELEPHONE: (202) 331-7111
FACSIMILE: (202) 293-6229

ARTHUR G. CONNOLLY
PARTNER EMERITUS

WERNER H. HUTZ
1944-1970
JANUAR D. BOVE, JR.
1949-1991

COUNSEL
CRAIG B. YOUNG (DC & VA BAR)*
WILLIAM E. LAMBERT III (PA BAR)
M. EDWARD DANBERG
WAYNE C. JAESCHKE (NY BAR)
WILLIAM C. BERGMANN (PA BAR)*
SUSAN E. SHAW McBEE (DC BAR)*

MATTHEW F. BOYER
CHRISTINE M. HANSEN
THOMAS F. POCHE (DC BAR)*
MICHAEL L. LOVITZ (PA BAR)
OLEH V. BILYNSKY
JUDITH M. JONES
JAMES M. OLSEN
ERIC J. EVAIN
GREGORY J. WEINIG
DANIEL C. MULVENY
MICHELLE McMAHON
CHRISTOS T. ADAMOPOULOS
MAX B. WALTON
DANIEL J. HARBISON
ELLIOT C. MENDELSON
GARY A. BRIGGE (MA BAR)
HELENA C. RYCHLICKI
LARRY J. HUME (DC BAR)*
JOSEPH BARRERA (DC BAR)*
REDMOND L. CLEVENGER, JR
LIZA D. HOHENSCHUTZ (PA BAR)
MARK E. FREEMAN
THOMAS M. RIZZO (DC BAR)
GWENDOLYN M. LACY
BRIAN J. HAIRSTON (VA BAR)*
C. KEITH MONTGOMERY (VA BAR)*
ZHUN LU (NJ BAR)

* RESIDENT WASHINGTON OFFICE

DELAWARE BAR UNLESS OTHERWISE
DESIGNATED

December 20, 2002

Ron Proctor
SBI # 63750, Unit 19DL
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Proctor:

I was court-appointed to represent Ken Reeder. I am not available to take another case at the present time.

Sincerely,

Arthur G. Connolly, Jr.

AGCjr:jac

B-2



# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*



Chase Manhattan Centre  (302) 573-6277 Ext. 156
1201 Market Street, Suite 1100  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

December 19, 2002

**Via First Class U.S. Mail**

Ronald Proctor, Jr.
Delaware Correction Center
SBI No. 1633750
1181 Paddock Road
Smyrna, DE, 19977

RE: **FOIA Request**

Dear Mr. Proctor:

All FOIA requests directed to this office must be forwarded to the Executive Office for United States Attorney's in Washington. I am, therefore, forwarding your request of December 19, 2002, to that office.

If you have any questions, they should be directed to:

> The FOIA Unit
> BICN Bldg., Room 7100
> 600 E. Street, N.W.
> Washington D.C. 20530

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Patricia C. Hannigan
Assistant United States Attorney

PCH:cm

cc: EOUSA/FOIA-PA Unit



#103 /PROCTOR SBI#...
WATSON / 163250

Inmate Copy

FORM #584

## GRIEVANCE FORM

CC: 2/25/04

FACILITY: DCC-SHU  DATE: 6-25-04

GRIEVANT'S NAME: RON PROCTOR  SBI#: 163250

CASE#: 4828  TIME OF INCIDENT: 6-24-04 @ 10PM
Lib 1:45 PM

HOUSING UNIT: 2/CL6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON 6-24-23-04 I was given a 24/SAB for failure to obey order by C/o Watson. This is an illegal report done in a retaliatory manner and not correct. My door was locked C/o Johnson and I'm Branton Ayers CON B2

ACTION REQUESTED BY GRIEVANT: Remove 24 from I'm File

GRIEVANT'S SIGNATURE: [signature]  DATE: 6-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

B-4

RECEIVED
JUL 02 2004
Inmate Grievance Office

Inmate Copy

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## SUMMARY DISCIPLINARY REPORT

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

Offender Name: Ronald Proctor                         SBI#: 00 163750

Institution: Delaware Correctional Center       Location: MAY 21 CL6

Sanction Start Date: 6/23/04   Time: 1240   End Date: 6/24/04   Time: 1240

Violation Description: 200.108 Failure to Obey

Sanctions Imposed:

*look she put false inf on this*

*How can sanction start on 6/23 then start on 6/23 when she signed it on 6/24/04 ILLegal done*

Inmate's Signature: not needed          Staff Witness' Signature: [signature]

☑ Shift Supervisor Notified @ 1240
(Time)

*NOTE: This got me in Jauniper Dated.*

Form A25 DACS
3 Part NCR

B-6

Cont Q. 2 #1103
All Unwell This Then She
denied me to go to show
Tib unless my door was
closed I closed my door.
She did all of this
Illegally and started
Altercation that I'm E.cesu
had to Set Break up
By standing between
us.

D-5