IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

Ronald E. Procter Jr.,
Plaintiff

v.

C/O Boston et al.,

Civil Action No: 04-1441 JJF

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Notice of Appeal

Come Now Plaintiff Ronald E. Procter Jr. pro se in the above styled cause and appeals the final order of May 31, 2005 in the order denying Plaintiffs motion for reconsideration. Plaintiff does hereby appeal to the Third Circuit Court of Appeals this 10th day of June 2005.

Dated: 6-12-05

X _____
Ronald E. Procter Jr.
Plaintiff Pro Se
1181 Paddock Rd
Smyrna, Delaware
19977-9619


