UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3144

Proctor v. Boston

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is denied and the appeal dismissed pursuant to Third Circuit Local Appellate Rules 3.3 and Misc. 107.1. The appellant has been advised on several occasions, both in this appeal and others, that he must submit a motion pursuant to 28 U.S.C. § 1915(g) demonstrating that the subject matter of the appeal is a matter placing him in imminent danger of serious physical injury. Attached to his motion is a copy of letter appellant received from the clerk advising him of the necessity of filing such a motion. Despite this, no motion demonstrating imminent danger was filed.

For the Court,

*Marcia M. Waldron*

Clerk

Dated: August 18, 2005
CMD/cc: Ronald E. Proctor Jr.
       Aaron Goldstein, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk