OFFICE OF THE CLERK

**MARCIA M. WALDRON**         UNITED STATES COURT OF APPEALS        TELEPHONE

CLERK        FOR THE THIRD CIRCUIT        215-597-2995

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Delaware District Clerk        Date __8/18/05__

In Re: Proctor v. Boston        C. of A. No. 05-3144
  (Caption)

Ronald E. Proctor Jr.
 (Appellant)

04-cv-01441
  (D.C. No.)

Enclosures:

    **8/18/05**     Certified copy of Judgement by the **Clerk**
    (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in lieu of Record to this office.

____ The certified copy of Judgement issued as the mandate on _____ is recalled.

             __Chiquita Dyer__     (267)-299- __4919__
             Case Manager     Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

                                     Rev. 4/3/03
                      Appeals (Certified List in Lieu of Record)